**DENY; and Opinion Filed August 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01053-CV

### IN RE 3334-3336 ROSEDALE, LLC, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05776**

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its July 25, 2014 order denying its motion to expunge the lis pendens filed by real parties in interest. The facts are well-known to the parties, so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because relator has failed to establish its right to mandamus relief, we **DENY** the petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

/David Lewis/
DAVID LEWIS
JUSTICE

141053F.P05